*ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS*

NAME **Futch, Gregory** _____ DOB ████████ AGE **54** DATE **01-29-18**

CC. _____

**NECK.** Character: deep int. ache, sharp/stabbing, throbbing, electric shock-like, burning, VAS:_____
Referred Patterns: OccNeu L, R, B.  Scapular L, R, B _____ AF: C-ext, C-flex, C-rot L, R, B
Radic- LUE. RUE. Bilat __>__, N,T,B,S/W, to elbow, forearm, hand, subj/weak, drop obj L R hand,

(**SHOULDER**) L, (R), ant, lat, (post) AF: forw flex, abd, VAS_____, _____

**T-SPINE** Midline, paramedian: L, R, B. from T ___ to T ___, VAS_____, AF:_____

**LBP** across, L, R, VAS_____, AF: Ext, flex, prol sitting, prol standing, supine, sit-stand,
Ref Pattern:  LLE to thigh, knee, calf, foot, N,T,B,S/W, _____
              RLE to thigh, knee, calf, foot, N,T,B,S/W, _____

**HIP** L, R, B __>__, ant, lat, post. VAS _____. AF: lat decub, sit-stand, prol sit/stand,

**KNEE** L, R, B __>__, med, ant, lat, post. VAS _____ AF: prol stand/sit, amb, decub, am pain

Recent Imaging/studies: _____
Post-op s/p: _____
Meds: _____

PE: BP **105/73**, P **109**, T **96.2**, RR_____, SpO2_____, Ht **68"**, Wt **154**, LMP **N/A**
   C-spine PLST, L _____, R _____, Midline _____ OccNeu, AF: C-ext, C-Flex,
   Shoulder L, R, Hawkins, Neers, Tend: ant, lat, suprascap,_____
   UE motor ___/5 L, R, @ _____
      Sensory ___/2 L, R, @ C 4,5,6,7 _____
      DTR ___/2 @ L, R, biceps, triceps, brachioradialis,
   T-spine PLST midline tend T ____ - T ____. TP/muscle spasm: med. angle scap. L, R,
   L-spine PLST L, R, @ L____ - L____  Flex_____* Ext_____* Fortin finger L, R, B,
   LE motor ____/5 L, R, @ _____
      sensory ____/2 L, R, @ L 1,2,3,4,5,S1 _____
      DTR _____/2 @ L, R, patellar, Achilles, _____
      SLR L, R, _____* Patrick's test. L, R, B, _____

**PLAN**
Imaging: MRI _____
         CTScan _____
         X-Ray series/other_____
Other: NCV/EMG_____, PT_____, _____
Procedure: CESI, C-PMBB, C-RFA, _____
           LESI, L-PMBB, L-RFA, Other: _____

_____[signature]_____. Date **1-29-18**               Proc F/U Med
R. Pardo, MD