PL Ex. 3

(386) 937...

Tue, 01/30/2018

Mr. Usser this is Vicki Futch Sammy's mom and Greg's mom, I don't know what your plans for today are but I need to let you know I have an Dr appt for my eyes at 1:15 and I've been having a lot of problems with my eyes so I really need to keep this appt. If you need to speak with me you can text me at this number . Thank you

12:43 PM

PL Ex. 3


(386) 937...
you need to speak with me you can text me at this number . Thank you
12:43 PM
I'm sorry but we have been really busy today I will call you before we get out there
12:52 PM
Ok thanks
12:53 PM
They are on the way
4:39 PM
Enter message

PL Ex. 3


Ok
4:40 PM
Wed, 01/31/2018
I just want to thank you for your help, but wish it could have happened different.
Is there any way now that I can get him the mental help he so desperately needs. I hate to think of him in jail, being mentally I'll and also disabled. He has a bad arm and back
Enter message

PL Ex. 3



11:58 AM
(386) 937...
hate to think of him in jail, being mentally I'll and also disabled. He has a bad arm and back. I fear if he starts talking crazy his cellmates might
take it personally. He could not even defend himself. I'm not making excuses for him, I just know that he needs professional help. I do thank you for taking time with all this, I know you are very busy.

PL Ex. 3


68% 11:58 AM
(386) 937...
with all this, I know you
are very busy.
Vicki Futch
9:56 AM
Have you done the
paperwork for the
marchman
1:35 PM
I'm working on it now
1:35 PM
Let me know if you have
any ?
1:36 PM

PL Ex. 3


68% 11:59 AM
(386) 937...
any ?
1:36 PM
Ok it's not easy as I've never done this before. But I'll do the best I can. Thanks
1:37 PM
I've never actually done one either. The ladies at the courthouse where you got it can walk you through it
1:44 PM