UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDITH FUTCH as personal representative of the Estate of GREGORY FUTCH, Deceased,,

    Plaintiff,

v.

MTC MEDICAL, LLC., a Utah Corporation and; Management & Training Corp., a Delaware Corporation; MARTHA FORD L.P.N.; PATRICK HARRIS, D.O.; JILLIAN BARTOW, L.P.N., KELLY HURST, R.N; MICHELLE FISHER, L.P.N.; each individually and as employees of MTC MEDICAL, LLC AND MANAGEMENT & TRAINING CORP.,

    Defendants.

CASE NO.: 3:18-cv-01323-BDJ-MCR

**DEFENDANTS MTC MEDICAL, LLC, MANAGEMENT & TRAINING CORP., MARTHA FORD, L.P.N., JILLIAN BARTOW, L.P.N. AND KELLY HURST'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

    Defendants, MTC MEDICAL, LLC. ("MTC Medical"), Management & Training Corp. ("MTC"), Martha Ford, L.P.N. ("Ford"), Jillian Bartow, L.P.N. ("Bartow"), Kelly Hurst, R.N. ("Hurst"), and Michelle Fisher, L.P.N. ("Fisher"), (hereinafter, collectively "Defendants") pursuant to Fed. R. Civ. P. 6(b)(1), move for an extension of time to respond to EDITH FUTCH as personal representative of the Estate of GREGORY FUTCH, Deceased's ("Futch") Complaint, and state:

1. Futch filed this action in the United States District Court for the Middle District of Florida on November 8, 2018.

2. The Complaint was served on MTC and MTC Medical on November 20, 2018; the Complaint was served on Hurst and Bartow on December 5, 2018; the Complaint was served on Ford on December 11, 2018; upon information and belief, the Complaint has not yet been served on Fisher.

3. Defendants MTC, MTC Medical, and Hurst filed an Unopposed Motion for Extension of Time to Respond on December 11, 2018.

4. This Court signed an order granting the Unopposed Motion, extending the time for MTC, MTC Medical, and Hurst to respond to December 28, 2018.

5. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Bartow's responsive pleading is due by December 26, 2018 and Ford's responsive pleadings are due by January 2, 2019.

6. As noted above, upon information and belief, the complaint has not been served on Fisher at the time of this filing.

7. Because of the need to investigate the allegations with regarding to each Defendant, contact multiple witnesses, and coordinate pleadings amongst Defendants, undersigned counsel respectfully needs additional time to respond to Futch's complaint.

8. As a result, MTC Medical, MTC, and Hurst request an additional 14 days from December 28, 2018, Bartow requests an additional 16 days from

December 26, 2018, and Ford requests an additional 9 days from January 2, 2019, up to and including January 11, 2019, to respond to Futch's complaint.

9. MTC Medical, MTC, Bartow, Ford and Hurst conferred with counsel for Futch, and they have <u>no opposition</u> to this request.

10. Reasonable extensions of time are justified so that cases can be decided on the merits. *Whitehead by and through Whitehead v. Sch. Bd. for Hillsborough Cnty., State of Fla.*, 932 F. Supp. 1396, 1399 (M.D. Fla. 1996).

11. MTC Medical, MTC, Bartow, Ford and Hurst submit that this request is made in good faith and not for purposes of delay.

WHEREFORE, MTC Medical, MTC, Bartow, Ford and Hurst request until January 11, 2019 to file their response to Futch's complaint, as well as any other relief the Court deems appropriate.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I HEREBY CERTIFY that I complied with Local Rule 3.01(g) and conferred with counsel for Futch, and they have <u>no objection</u> to the relief requested.

DATED December 21, 2018.

_____
P. David Brannon ♦ FBN 820636
**CARR ALLISON**
305 S. Gadsden Street
Tallahassee, FL  32301
(850) 222-2107; (850) 222-8475 Facsimile
Email: dbrannon@carrallison.com

Attorneys for Defendants
MTC Medical, LLC
Management & Training Corp.; and
Kelly Hurst, R.N.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following:

Greg M. Lauer, Esq.
Christina M. Currie, Esq.
**Lauer & Currie, P.A**.
644 S.E. Fifth Avenue
Fort Lauderdale, FL 33301-3104
greg@law-lc.com
cmc@law-lc.com

Attorneys for Plaintiff

Richard E. Ramsey, Esq.
Wicker Smith O'Hara McCoy & Ford, P.A.
50 N. Laura Street, Suite 2700
Jacksonville, FL 32202
jaxcrtpleadings@wickersmith.com
rramsey@wickersmith.com
cconnor@wickersmith.com

Attorneys for Defendant
Patrick Harris, D.O.

P. David Brannon ⬥ FBN 820636

Attorneys for Defendants
MTC Medical, LLC
Management & Training Corp.; and
Kelly Hurst, R.N.